UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JACQUELINE MARIE MARSHICK,**

    Plaintiff,

v.                                                                                                Case No: 5:14-cv-498-Oc-22PRL

**JOHNSON & JOHNSON, JANSSEN
PHARMACEUTICALS, INC. and
JANSSEN RESEARCH &
DEVELOPMENT, LLC**

    Defendants.

## ORDER

Before the Court is *pro se* Plaintiff's motion for miscellaneous relief, which the Court construes as a motion to compel more complete answers to interrogatories.[1] (Doc. 49). In her motion, Plaintiff asserts that "Defendants supplied only [the] names of opposing medical experts; no titles, no addresses, no city and state, and no phone numbers." Plaintiff requests that the Court order the Defendants to supply her with the above information. Upon due consideration, for the reasons stated below, the motion is due to be DENIED WITHOUT PREJUDICE.

As a threshold matter, it appears that Plaintiff failed to confer with opposing counsel before filing her motion, as the instant motion contains no Local Rule 3.01(g) certification. Although she proceeds *pro se*, Plaintiff is cautioned that she must fully comply with the requirements of the Federal Rules of Civil Procedure and the Local Rules, including Rule 3.01(g), which requires that

---

[1] Plaintiff titled the miscellaneous motion as "Petition for Order for Defendants to Provide Pertinent Information of Medical Experts from Previous Trials Against Johnson & Johnson." In their response, Defendants assert that the information Plaintiff seeks was already requested in her second interrogatory. (Doc. 51).

- 2 -

"[b]efore filing any motion in a civil case . . . the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion." Additionally, Fed. R. Civ. P. 37(a)(1) requires a similar good faith conference before seeking a court order to compel. Resources and information related to proceeding in court without a lawyer, including a handbook entitled *Guide for Proceeding Without a Lawyer*, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm).

Further, Defendants respond that they have already provided this information to Plaintiff in "MDL 1943" (Doc. 51), and Plaintiff has not objected or requested leave to reply to dispute this representation. Accordingly, it appears that Plaintiff's motion is moot. To the extent it is not moot, however, Plaintiff may file a renewed motion after fully complying with the meet and confer requirements of the Local Rules and the Federal Rules of Civil Procedure, as explained above.

**DONE** and **ORDERED** in Ocala, Florida on November 19, 2015.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties