# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

JACQUELINE MARIE MARSHICK,

                **Plaintiff,**

v.                                            **Case No:   5:14-cv-498-Oc-22PRL**

JOHNSON & JOHNSON, JANSSEN
PHARMACEUTICALS, INC. and
JANSSEN RESEARCH &
DEVELOPMENT, LLC,

                **Defendants.**

---

## ORDER

      This cause is before the Court on Plaintiff's motions to proceed *in forma pauperis* on appeal (Doc. Nos. 67, 69, 70).

      The United States Magistrate Judge has submitted a report recommending that the motions be DENIED.

      After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

      Therefore, it is **ORDERED** as follows:

      1.      The Report and Recommendation filed June 7, 2016 (Doc. No. 71), is ADOPTED and CONFIRMED and made a part of this Order.

      2.      The Court certifies that the appeal is not taken in good faith.

      3.      The Plaintiff's motions to proceed *in forma pauperis* on appeal (Docs. 67, 69, 70) are hereby DENIED.   The Clerk is directed to notify the Court of Appeals in accordance with Rule 24(a)(4) of the Federal Rules of Appellate Procedure.

      4.      Plaintiff's request for appointment of counsel is hereby DENIED.

**DONE** and **ORDERED** in Orlando, Florida on June 28, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties